B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

IN RE: :
JACQUELINE WHITE :
: Case No. 18-15137-amc
: Chapter 13
Debtor(s) :
:

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Kingsmead Asset Holding Trust | Carisbrook Asset Holding Trust |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>RoundPoint Mortgage Servicing Corporation<br>5016 Parkway Plaza Blvd.,Buildings 6 & 8<br>Charlotte, NC  28217 | Court Claim # (if known):  3<br>Amount of Claim: $97,936.26<br>Date Claim Filed:  10/11/2018 |
| Phone: 877-426-8805 | Phone: 877-426-8805 |
| Last Four Digits of Acct #: XXXXXX9330 | Last Four Digits of Acct. #: 9330 |
| Name and Address where transferee payments should be sent (if different from above):<br><br>RoundPoint Mortgage Servicing Corporation<br>PO BOX 19409,<br>Charlotte, NC    28219-9409 | |
| Phone: 877-426-8805 | |
| Last Four Digits of Acct #: XXXXXX9330 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Daniel Jones             Date: July 18, 2019
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## Certificate of Service

I hereby certify that a copy of the foregoing Transfer of Claim was served on the parties listed below by electronic means via the Court's CM/ECF notification system on this date <u>July 18, 2019</u>.

Brad J. Sadek
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
brad@sadeklaw.com
*Attorney for Debtor*

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
wcmiller@ramapo.com
*Chapter13 Trustee*

And by standard first class mail postage prepaid to:

Jacqueline White
6107 Cobbs Creek Pkwy
Philadelphia, PA 19143
*Debtors*

Office of the U.S. Trustee
Office of the U.S. Trustee 833 Chestnut Street
Suite 500
Philadelphia, PA 19107
U.S. Trustee

Respectfully submitted,

_____/s/ Daniel Jones_____
Daniel Jones (Bar No. 321876)
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone:(215) 572-8111
Fax:(215) 572-5025
Attorney for Secured Creditor

PA-132.000054-16