STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Jacqueline White<br>　　　　Debtor(s)<br>Carisbrook Asset Holding Trust<br>　　　　Creditor/Movant<br>v.<br>Jacqueline White<br>　　　　Respondent | Chapter 13<br><br>Bankruptcy Case: 18-15137-amc<br><br>Judge: Ashely M. Chan |

O R D E R

AND NOW, this ____ day of _____, 20____ upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of Carisbrook Asset Holding Trust and any successor in interest and Debtor, Jacqueline White, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow Carisbrook Asset Holding Trust and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): ***6107 Cobbs Creek Parkway, Philadelphia, PA 19143***.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Jacqueline White<br>            Debtor(s)<br>Carisbrook Asset Holding Trust<br>            Creditor/Movant<br>v.<br>Jacqueline White<br>            Respondent | Chapter 13<br><br>Bankruptcy Case: 18-15137-amc<br><br>Judge: Ashely M. Chan |

**CERTIFICATION OF DEFAULT**

I, Daniel P. Jones, Esquire, of Stern & Eisenberg, PC, Counsel for Carisbrook Asset Holding Trust, hereby certify that the Debtor, Jacqueline White, is in default of the Stipulation approved on January 2, 2019, for failing to make the required payments as set forth in the attached Notice of Default together with any subsequent payments that have come due and owing. See Exhibit "A" which is attached hereto and made a part hereof.

Pursuant to the Stipulation, Counsel hereby requests the Court enter the Order for Relief attached hereto.

STERN & EISENBERG, PC

By: /s/ Daniel P. Jones, Esq.
Daniel P. Jones, Esq.,
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876
Date: November 14, 2019            Email: djones@sterneisenberg.com

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Jacqueline White<br>        Debtor(s)<br>Carisbrook Asset Holding Trust<br>        Creditor/Movant<br>v.<br>Jacqueline White<br>        Respondent | Chapter 13<br><br>Bankruptcy Case: 18-15137-amc<br><br>Judge: Ashely M. Chan |

**<u>CERTIFICATE OF SERVICE</u>**

    I, Daniel P. Jones, Esquire, hereby certify that a copy of the within Certification of Default was served on the Debtor, Debtor's Counsel, and the Chapter 13 Trustee in accordance with the Rules of Bankruptcy Procedure on November 6, 2019 via First Class Mail.

Brad J. Sadek, Esquire
1315 Walnut Street, Suite 502, Philadelphia, PA 19107

Jacqueline White
6107 Cobb Creek Pkwy, Philadelphia, PA 19143

William C. Miller, Esq., Trustee
P.O. Box 1229, Philadelphia, PA 19105

                STERN & EISENBERG, PC

                By: <u>/s/ Daniel P. Jones, Esq.</u>
                Daniel P. Jones, Esq.,
                1581 Main Street, Suite 200
                The Shops at Valley Square
                Warrington, PA 18976
                Phone: (215) 572-8111
                Fax: (215) 572-5025
                Bar Number: 321876
Date: November 14, 2019        Email: djones@sterneisenberg.com