

LAW OFFICES
Stern & Eisenberg
*www.sterneisenberg.com*

1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

*Via U.S. Regular Mail*

Jacqueline White
6107 Cobb Creek Pkwy
Philadelphia, PA 19143

      RE:  Carisbrook Asset Holding Trust v. Jacqueline White
      BK:  18-15137-amc

Dear Jacqueline White:

    I, Daniel P. Jones, Esquire, attorney for Carisbrook Asset Holding Trust, write to advise you that you are in default of the Court Order/Stipulation entered on December 26, 2018. Pursuant to Section # 10 of the entered Stipulation/Court Order, if Debtor(s) fails to make any of the payments, Carisbrook Asset Holding Trust, shall notify the Debtor and Debtor's attorney of the default.

    Please be advised that you have not made the following payments:

Regular Payments: 09/01/2019-*10/01/2019@ $725.16 (2 months)*……........…$1,450.32
Attorney's Fees/Costs: ………………………………………………..….........$75.00
Suspense Balance: ………………………………………………….…..($0.00)
**Total amount due……………………………………….……………….........$1,525.32**

    In accordance with the said stipulation, if the above payments are not cured within ten days (*10 days*) from the date of this notice, we will certify default in accordance with the terms of the approved stipulation and obtain relief. Any additional payments that become due during the time provided under this notice (or any objection thereto) also need to be paid in order to cure this default.



Should you have any questions, please contact your attorney.

Sincerely,

STERN & EISENBERG, PC

By: /s/ Daniel P. Jones, Esq.
Daniel P. Jones, Esq.,
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876

Date: October 25, 2019

Email: djones@sterneisenberg.com

cc: Brad J. Sadek, Esquire, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107
*(Counsel for Debtor)*
cc: William C. Miller, Esq., P.O. Box 1229, Philadelphia, PA 19105
*(Chapter 13 Trustee)*